THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Andre Green,       
Appellant.
 
 
 

Appeal From Beaufort County
Jackson V. Gregory, Circuit Court Judge

Unpublished Opinion No. 2004-UP-113
Submitted December 23, 2003  Filed 
 February 24, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.
 
 
 

 PER CURIAM:  Andre Green pled 
 guilty to armed robbery and possession of a firearm during the commission of 
 a crime.  The circuit court sentenced him to ten-years imprisonment for armed 
 robbery and ten-years imprisonment for possession of a firearm during the commission 
 of a crime, the sentences to run concurrently.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Greens counsel attached a petition to be relieved.  Green 
 did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Greens appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE, JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.